44697

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KIMBERLY WILLARD, et al | * | Civil Action No. 2:22-CV-03794-JDC-KK |
| Plaintiff | * | |
| | * | |
| Versus | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| FEDNAT INSURANCE CO. | * | |
| Defendant | * | MAGISTRATE JUDGE KATHLEEN KAY |
| | * | |
| | * | |

## ORDER OF DISMISSAL

Considering the foregoing Motion for Dismissal;

IT IS HEREBY ORDERED THAT the Motion to Dismiss with Prejudice is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT all claims of the

Plaintiffs, Kimberly and James Willard, in this matter be and are hereby dismissed against

Louisiana Insurance Guaranty Association, with prejudice, and with each party to bear its own

costs.

THUS DONE AND SIGNED in chambers on this 29th day of July, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE